

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-19-00438-CR & 04-19-00450-CR

**EX PARTE** Robert **METZGER**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1920
and
From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7000
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's orders denying habeas corpus relief are AFFIRMED.

SIGNED August 26, 2020.

Luz Elena D. Chapa, Justice